UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Haralambos Gikas</u>

    v.                                              Civil No. 11-cv-573-JL

<u>JP MorganChase Bank, NA, et al.</u>

## <u>O R D E R</u>

The plaintiff's motion for leave to file second amended complaint to add defendant (doc. no. 28) is DENIED. The deadline for amending pleadings was July 1, 2012, nearly eight months ago. A scheduling order "may be modified only for good cause." Fed. R. Civ. P. 16(b)(4). Plaintiff has not explained why this standard is met, particularly where summary judgment briefing has already concluded and trial is scheduled to begin in two months. As defendants note, moreover, plaintiff appears to have been aware of the role the proposed new defendant played in the underlying foreclosure well in advance of the amendment deadline, yet took no action until recently, so he plainly has been less than diligent in seeking to amend.

    **SO ORDERED.**

                                                      /s/ Joe Laplante
                                                      Joseph N. Laplante
                                                      United States District Judge

Dated: February 27, 2013

cc:  Shenanne Ruth Tucker, Esq.
     Joseph Patrick Kennedy, Esq.